Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000471
09-MAR-2018
08:12 AM

NO. CAAP-16-0000471

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Plaintiff-Appellant,
v.
BRANNON SHAWN MARKS,
Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CRIMINAL NO. 16-1-0098)

ORDER OF CORRECTION
(By: Reifurth, J., for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order filed on February 23, 2018, is corrected as follows:

The case caption on the first page:

STATE OF HAWAIʻI,
Plaintiff-Appellee,
v.
BRANNON SHAWN MARKS,
Defendant-Appellant

is corrected by changing the party designations so that it reads:

STATE OF HAWAIʻI,
Plaintiff-Appellant,
v.
BRANNON SHAWN MARKS,
Defendant-Appellee

---

[1] Fujise, Acting Chief Judge, and Leonard and Reifurth, JJ.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawai'i, March 9, 2018.

Associate Judge